■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR GUARDIOLA, Appellant. [38 NYS3d 800]—Order, Supreme Court, New York County (Larry Stephen, J.), entered on or about August 1, 2013, which adjudicated defendant a risk level three sexually violent predicate offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's prior felony sex crime conviction automatically resulted in an override to risk level three (*see People v Howard*, 27 NY3d 337, 342 [2016]), and the court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the risk assessment instrument, and the record does not establish any basis for a downward departure. Defendant's participation in sex offender treatment while in prison was adequately taken into account, and we reject his assertion that he poses a

520

diminished risk of reoffense (*see e.g. People v McNeely*, 124 AD3d 433 [1st Dept 2015], *lv denied* 25 NY3d 908 [2015]). Concur—Friedman, J.P., Richter, Feinman, Kapnick and Kahn, JJ.